In The United States District Court
For The Northern District of Texas
Amarillo Division

Timothy Randolph Wallace )
ID # 874160 )
　　　Plaintiff, )
)
Vs. )　Motion Seeking an Order "In
) The Nature of Mandamus"
Allan Polunsky, Robert )
Williams, and )
Mark Davis, )
　　　Defendants. )

2-15CV-066-J

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 FEB 24 PM 4:12
　　al
DEPUTY CLERK

To The Honorable Judge of Said Court:

Comes Now Timothy Randolph Wallace, plaintiff against the above named defendants presenting this motion seeking an order "In The Nature of Mandamus" under 28 U.S.C. §1651(a), 28 U.S.C. §1361, and F.R.C.P. 81(b). Plaintiff would respectfully show the court the following:

1. Plaintiff intends to mail a §1983 complaint to the court naming the above defendants, ("certified with return receipt") when he recieves his response from his <u>step-one grievance</u>, (which was mailed at least 35 days ago).

2. The "unit grievance coordinator", (Laura J. Brown), has not answered any of his requests pertaining to the "disposition" of that grievance, (and they only have 40 days to respond, unless they get an extension), (see "exhibit A").

Wherefore, Premises considered, plaintiff requests this Honorable Court grant this motion seeking an order "In the nature of Mandamus", and order the "unit grievance coordinator" (plaintiff's <u>request</u> for a <u>response</u> concerning the "disposition" of the grievance), <u>to respond to plaintiff concerning that grievance</u>, and that:

a) the grievance plaintiff filed "approximately" (35 days ago), and "exhibit A" be treated as "specialty grievances", (see exhibit A"), and that (both of them) be given ("prompt attention") and or ("special processing").

So moved and prayed that this motion seeking an order "In the Nature of Mandamus" be granted.

Plaintiff gives his signature under the penalty of perjury, under the lawful provisions of 28 U.S.C. §1746 this the <u>23rd</u> day of <u>February</u>, 2015.

　　　　　Respectfully submitted,
　　　　　Timothy Randolph Wallace #874160
　　　　　William P. Clements, Jr. Unit - (12-C-47)
　　　　　9601 Spur 591
　　　　　Amarillo, Texas 79107

"EXHIBIT A"



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Tim Wallace   TDCJ # 894160
Unit: BC   Housing Assignment: 12-C-47
Unit where incident occurred: BC

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Wrote unit grievance coordinator 2-1-60's   When? last one 2-16-2015
What was their response? None
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I filed a step 1 - I-127 - grievance (about 35 days ago - they only have 40 days unless they get an extension, and there are no issues to be resolved) which has not been returned yet. The grievance pertained to my request to be "discharged" from the "C.M.I." program, and be transferred to a "regular" unit, and my request to be transferred closer to home because I am too far away from home to get visits.
I am not on any (medication), and the "C.M.I" program is a "psychiatric" program where I will never be allowed to go to "general population", but on a "regular" unit I would be "eligible" to go to "general population" just as soon as I was allowed to attend a ("state classification hearing") which I would be allowed to do (on a "regular" unit) every 6 months. I request that I be notified of the ("disposition") of the grievance I filed "approximately" (35 days ago), "as soon as possible", and that that grievance, (and this grievance) be treated as "specialty grievances", and that (both of them) be given ("prompt attention") and/or ("special processing"). Authority: section 14.005 and chapter 110, Texas civil practice and remedies code; sections 493.014 and 501.008, Texas Government code; and 42 U.S.C. section 1997e, civil rights of institutional persons act.

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

I, Timothy R. Wallace #814160, do swear under penalty of perjury, and the lawful provisions of 28 U.S.C. § 1746 that the foregoing statements are true and correct the 23rd day of February, 2015.

**Action Requested to resolve your Complaint:** I request to be notified of the "disposition" of the step 1 grievance, (described on the other side), I filed about 35 days ago is, (and that both of these grievances be treated as "specialty grievances", and be given prompt attention and/or special processing).

**Offender Signature:** Tim Wallace         **Date:** 2-23-2015

**Grievance Response:**



**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**  *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

February 23, 2015

Clerk
United States District Court
Northern district
Amarillo division
205 E. 5th Ave., Room 133
Amarillo, Texas 79101

Re: Motion seeking an order "In the nature of Mandamus", (with "exhibit a").

### Cover Letter

Clerk of Court,

Enclosed you will find the following: Plaintiff's motion seeking an order "In the nature of Mandamus", (with "exhibit a"). Plaintiff respectfully requests that the clerk act in his/her "ministerial capacity" in this matter and see that plaintiff's motion be presented before a judge for a ruling in the matter of the issues presented by plaintiff before the court "in the interests of justice".

Respectfully submitted,
Timothy Randolph Wallace #874260
William P. Clements, Jr. Unit - 12-C-47
9601 Spur 591
Amarillo, Texas 79107

